DANA M.O. VIOLA            6095
Corporation Counsel

PAGE C. K. OGATA           9562
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaiʻi  96813
Telephone: (808) 768-5127
Facsimile:  (808) 768-5105
Email: page.ogata@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| TEVITATONGA SINAMONI VAOKEHEKEHE CADIENTE and VAOKEHEKEHE MOUHUNGAFA MATAELE,<br><br>          Plaintiffs,<br>   vs.<br><br>THE CITY AND COUNTY OF HONOLULU; DOE POLICE OFFICERS 1-30, inclusive, individually; and DOES 1-30, inclusive,<br><br>          Defendants. | CIVIL NO. CV24-00022 JMS-WRP<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 7); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PAGE C. K. OGATA; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Judge: J. Michael Seabright<br>Trial Date: None. |

DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (DKT. 7)

Defendant City and County of Honolulu ("City") moves this Honorable Court for an order dismissing the claims against it in Plaintiffs' Tevitatonga Sinamoni Vaokehekehe Cadiente ("Cadiente") and Vaokehekehe Mouhungafa Mataele's ("Mataele") (collectively, "Plaintiffs") First Amended Complaint ("FAC"). Dkt. 7.

This motion is brought pursuant to Rules 7, 8(a)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, and Local Rule 7.8, and is based upon the memorandum in support of motion, and the record and files herein, as well as such oral or written matters that may be offered at the hearing on this matter.

**CONFERENCE**: Pursuant to LR 7.8, the conference of counsel took place on February 2, 2024.

**HEARING:** The City's position is that the Court may decide this motion without a hearing pursuant to LR 7.1(c).

DATED:  Honolulu, Hawaiʻi, February 16, 2024.

        DANA M.O. VIOLA
        Corporation Counsel

        By: /s/ Page C. K. Ogata
           PAGE C. K. OGATA
           Deputy Corporation Counsel

        Attorney for Defendant
        CITY AND COUNTY OF HONOLULU