IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| TEVITATONGA SINAMONI VAOKEHEKEHE CADIENTE and VAOKEHEKEHE MOUHUNGAFA MATAELE,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>THE CITY AND COUNTY OF HONOLULU; DOE POLICE OFFICERS 1-30, inclusive, individually; and DOES 1-30, inclusive,<br><br>　　　　Defendants. | CIVIL NO. CV24-00022 JMS-WRP<br><br>DECLARATION OF PAGE C. K. OGATA |

<u>DECLARATION OF PAGE C. K. OGATA</u>

　　　I, PAGE C. K. OGATA, do hereby declare upon personal knowledge and understanding that the following is true and correct:

　　　1.　　I am an attorney licensed to practice law in all of the courts of the State of Hawaiʻi and the United States District Court for the District of Hawaiʻi. I am a member in good standing of all of the aforementioned courts.

　　　2.　　I am a Deputy Corporation Counsel for the City and County of Honolulu ("City"), and I represent the City in this matter.

3. Exhibit "A" is a true and correct copy of a January 1, 2024 CrimeStoppers press release regarding Sidney Tafokitau.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawai'i, February 16, 2024.

          /s/ Page C. K. Ogata
          PAGE C. K. OGATA